UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PRAVALLIKA PONNA,**

    **Plaintiff,**

  **v.**

**UNITED STATES CITIZENSHIP AND
IMMIGRANTION SERVICES,** *et al.*,

    **Defendants.**

Case No. 2:20-cv-5598
**JUDGE EDMUND A. SARGUS, JR.**
**Chief Magistrate Judge Elizabeth P. Deavers**

## ORDER

This Court has received notice that Plaintiff's applications, which were the subject of this case and controversy, have now been processed and approved. (ECF No. 9). The matter of attorneys' fees has also now been resolved. (ECF No. 13). There being no controversy remaining, the Clerk is directed to close this case.

**IT IS SO ORDERED.**


**7/9/2021**                                               **s/Edmund A. Sargus, Jr.**
**DATE**                                                 **EDMUND A. SARGUS, JR.**
                                                          **UNITED STATES DISTRICT JUDGE**